# United States District Court

WESTERN DISTRICT OF WASHINGTON

KATHY K. GIBBS

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5114JB/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 27);

The ALJ erred in his decision as described in the Report and Recommendation; and

The matter is therefore REVERSED and REMANDED to the Commissioner for further administrative proceedings.

    April 7, 2010　　　　　　　　　　　　　　　　　BRUCE RIFKIN
Date　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　*s/CM Gonzalez*
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk