# United States District Court
### WESTERN DISTRICT OF WASHINGTON

KATHY K. GIBBS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5114RJB/KLS

__     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Motion for Attorney Fees, Costs and Expenses (Dkt. 34) is **GRANTED**; fees, costs, and expenses are awarded in the amounts above and payable to the Plaintiff.

    July 21, 2010
Date

    BRUCE RIFKIN
Clerk


    s/CM Gonzalez
Deputy Clerk